UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYSUE SHAGENA LEVEN,

    Plaintiff,

vs.

    Case No. 07-CV-12811
    HON. GEORGE CARAM STEEH

AIR BROOK LIMOUSINE, INC., et al.,

    Defendants.

_____/

ORDER DISMISSING AUGUST 7, 2007 SHOW CAUSE ORDER (#4)

On August 7, 2007, plaintiff Marysue Leven was ordered to show cause by August 31, 2007 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain defendants Air Brook Limousine, Inc.'s, RLI Insurance Company's, and State Farm Insurance Company's principal places of business and, thus, establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1); JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). Plaintiff filed a timely response on August 29, 2007 affirmatively stating that Air Brook Limousine, Inc. is a New York corporation with its principal place of business in Rochelle Park, New Jersey, RLI Insurance Company is an Illinois corporation with its principal place of business in Peoria, Illinois, and State Farm Insurance Company is an Illinois corporation with its principal place of business in Bloomington, Illinois. Plaintiff Leven alleges she is a citizen of Michigan. Plaintiff has thus shown cause by alleging sufficient facts to establish complete diversity in this lawsuit. See Owen Equipment and

Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: September 4, 2007

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 4, 2007, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk